1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

ARCHIE CRANFORD,                                    Case No.  1:13-cv-01658-SKO PC

11
                         Plaintiff,                 ORDER GRANTING MOTION TO
                                                    PROCEED IN FORMA PAUPERIS
12
            v.                                      (Doc. 2)
13
AUDREY KING, et al.,

14
                         Defendants.

15  _____/

16

17          Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action

18  pursuant to 42 U.S.C. § 1983 on October 15, 2013.  Plaintiff seeks leave to proceed in forma

19  pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is

20  HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's

21  complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

22
23  IT IS SO ORDERED.

24      Dated:   **October 23, 2013**              _____ **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28