# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:13-cv-01658-SKO (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTIONS 1981 AND 1983 |
| v. | |
| AUDREY KING, et al., | |
| Defendants. | (Docs. 1 and 7) |

_____/

        Plaintiff Archie Cranford, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. §§ 1981 and 1983 on October 15, 2013.  On May 20, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915(e).  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

///

///

///

///

///

1    Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with

2    prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under

3    sections 1981 and 1983.

4

5

6    IT IS SO ORDERED.

7    Dated:   **July 7, 2014**                         **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2